CA No. 16-10010

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CA No. 16-10010 |
| Plaintiff-Appellee, ) | |
| ) | D.C. No. 15-00226 EJD |
| v.  ) | |
| ) | |
| DOUGLAS STROMS YORK, ) | |
| ) | |
| Defendant-Appellant. ) | |
| _____) | |

**APPELLANT'S EXCERPTS OF RECORD**

**VOLUME I**

STEVEN G. KALAR
Federal Public Defender
GRAHAM ARCHER
Assistant Federal Public Defender
MARA K. GOLDMAN
Research and Writing Attorney
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant-Appellant
DOUGLAS STROMS YORK

# **TABLE OF CONTENTS**

Document                                                                  Bates No.

Partial Transcript of Proceedings, August 27, 2015 (CR 113). . . . . . . . . . .   00001

Partial Transcript of Proceedings, August 28, 2015 (CR 114). . . . . . . . . . .   00006

```
                    UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
                          SAN JOSE DIVISION


UNITED STATES OF AMERICA,

           PLAINTIFF,              CASE NO.  CR-15-00226-EJD

     VS.                           SAN JOSE, CALIFORNIA

DOUGLAS STROMS YORK,               AUGUST 27, 2015

           DEFENDANT.              VOLUME 3

                                   PAGES 216 - 240


                       TRANSCRIPT OF TRIAL
              BEFORE THE HONORABLE EDWARD J. DAVILA
                  UNITED STATES DISTRICT JUDGE


                     A-P-P-E-A-R-A-N-C-E-S


FOR THE PLAINTIFF:    OFFICE OF THE UNITED STATES ATTORNEY
                      BY:  BRIANNA PENNA
                           JEFFREY SCHENK
                      50 ALMADEN BOULEVARD, SUITE 900
                      SAN JOSE, CALIFORNIA 95113


FOR THE DEFENDANT:    OFFICE OF THE FEDERAL PUBLIC DEFENDER
                      BY:  GRAHAM ARCHER
                           HEATHER ANGOVE
                      55 S. MARKET STREET, SUITE 820
                      SAN JOSE, CALIFORNIA 95113


OFFICIAL COURT REPORTER:   IRENE L. RODRIGUEZ, CSR, RMR, CRR
                           CERTIFICATE NUMBER 8074


      PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
  TRANSCRIPT PRODUCED WITH COMPUTER.
```

| | |
|---|---|
| 1 | THE COURT: OKAY. ANYTHING FURTHER? |
| 2 | MS. PENNA: NOTHING FURTHER. |
| 3 | THE COURT: WELL, THANK YOU FOR THE CONVERSATION. I |
| 4 | APPRECIATE THE INSIGHT, AND I APPRECIATE THE HELP ON THAT. I |
| 5 | THINK WHAT YOU'RE SUGGESTING THE COURT TO DO IS TO DEPART FROM |
| 6 | FIDELITY FROM THE NINTH CIRCUIT MODEL INSTRUCTION AND ADOPT THE |
| 7 | NOT JUST THE EIGHTH OR THE ELEVENTH CIRCUIT BUT A HYBRID OF |
| 8 | BOTH OF THOSE. I THINK THAT'S WHAT YOUR SUGGESTED |
| 9 | INSTRUCTION HAS. |
| 10 | MR. ARCHER: YOUR HONOR, BUT ONLY IN CONCERT. AND |
| 11 | THE DEFENSE'S POSITION IS THAT IT IS NOT -- THAT WHILE IT |
| 12 | CONFLICTS WITH THE NONBINDING MODEL INSTRUCTION FROM THE 2010 |
| 13 | NINTH CIRCUIT INSTRUCTIONS, BUT IT DOES NOT IN EFFECT COMPORT |
| 14 | WITH THE ACKNOWLEDGED LAW OF THE LAND UNDER TOMSHA-MIGUEL |
| 15 | ACKNOWLEDGING LEPOWITCH BEING GOOD LAW AND THE OTHER STANDARDS |
| 16 | REQUIRING AN INTENT TO DECEIVE WOVEN INTO THE STATUTE ITSELF. |
| 17 | THE COURT: OKAY. ALL RIGHT. WELL, THANK YOU VERY |
| 18 | MUCH. |
| 19 | I'M GOING TO USE THE -- I AM GOING TO OWE FIDELITY TO THE |
| 20 | NINTH CIRCUIT MODEL, AND I BELIEVE THE NINTH CIRCUIT MODEL DOES |
| 21 | PROVIDE SUFFICIENT GUIDANCE TO THE JURY AND SO OVER YOUR |
| 22 | OBJECTION I'M GOING TO GIVE THE MODEL 8.50 AND PRESERVE THE |
| 23 | ARGUMENT OBVIOUSLY FOR THE RECORD. |
| 24 | I WANT TO TURN TO 223 AND I DIDN'T PRINT OUT -- I THINK WE |
| 25 | RECEIVED FROM THE GOVERNMENT COPIES OF SAMPLE INSTRUCTIONS, AND |

1    I DON'T REMEMBER WHAT NUMBER IT IS.  BUT THIS IS FOR COUNT 2.

2            MR. ARCHER:  MAY I ASK A QUICK PROCEDURAL QUESTION,

3    YOUR HONOR?

4            THE COURT:  YES, YES.

5            MR. ARCHER:  AS TO PRESERVING THE OBJECTIONS FROM

6    THE JURY INSTRUCTIONS, MY UNDERSTANDING FROM THE BRAIN TRUSTS

7    AT OUR OFFICE IS THAT I SHOULD PRESERVE THE INSTRUCTION BY --

8    OR PRESERVE THE OBJECTION BUT OBJECT CONTEMPORANEOUSLY AND SO

9    IS IT POSSIBLE THAT WE CAN BREAK AT SOME POINT PRIOR TO THE

10   INSTRUCTION OUTSIDE OF THE PRESENCE OF THE JURY FOR ME TO RENEW

11   MY OBJECTION TO THE PARTICULAR?

12           THE COURT:  SURE, WE CAN DO THAT.  WE'LL ACCOMPLISH

13   THAT.

14       (PAUSE IN PROCEEDINGS.)

15           MR. ARCHER:  YOUR HONOR, IF I MAY, ONE FURTHER THING

16   AS TO COUNT 1.

17           THE COURT:  YES.

18           MR. ARCHER:  THE DEFENSE HAD FILED YESTERDAY

19   PROPOSED INSTRUCTIONS REGARDING INTENT AND MATERIALITY AS WELL

20   AS THE REQUIREMENT OF AN INITIAL ACT.  THOSE ARE COROLLARY

21   INSTRUCTIONS TO COUNT 1.

22        IS IT THE COURT'S INTENT TO DENY THE DEFENSE REQUEST FOR

23   THE --

24           THE COURT:  WHAT DOCUMENT WAS THAT?

25           MR. ARCHER:  THAT WAS DOCUMENT 67, YOUR HONOR.

```
 1              (PAUSE IN PROCEEDINGS.)
 2              THE COURT:  THIS IS PAGE 2 AND 3 OF DOCUMENT 67, I
 3    THINK, MR. ARCHER.
 4              MR. ARCHER:  YES, YOUR HONOR.
 5              THE COURT:  AND I THINK WE TALKED ABOUT THIS
 6    YESTERDAY.  DOES THE GOVERNMENT WISH TO ADD ANYTHING?
 7              MS. PENNA:  YOUR HONOR, IT WAS OUR UNDERSTANDING
 8    THAT WE HAD DECIDED ON THE -- NOTHING FURTHER ON THIS, YOUR
 9    HONOR.
10              THE COURT:  ALL RIGHT.  THANK YOU.  YES.  SO I'M NOT
11    GOING TO GIVE THOSE, MR. ARCHER.  WE MAY HAVE TALKED ABOUT THAT
12    YESTERDAY.  I THOUGHT WE DID.  IF WE HADN'T, LET ME JUST
13    CLARIFY THAT NOW.
14         YOUR DOCUMENT 67, PAGE 2 AND PAGE 3, INTENT AND
15    MATERIALITY REQUIREMENT, REQUIREMENT OF ADDITIONAL ACT.  IF YOU
16    WOULD POSE THOSE AS JURY INSTRUCTIONS, ADDITIONAL INSTRUCTIONS
17    AS TO THE 912, I'M NOT GOING TO GIVE THOSE, AND AGAIN, PRESERVE
18    YOUR OBJECTION FOR THE RECORD.
19              MR. ARCHER:  THANK YOU, YOUR HONOR.
20              THE COURT:  ALL RIGHT.  SO IN THE SAMPLE
21    INSTRUCTIONS THAT WERE SENT VIA E-MAIL, JURY INSTRUCTION NUMBER
22    12 AND JURY INSTRUCTION NUMBER 13 BOTH RELATE TO 912 AND SO AS
23    TO NUMBER, I'M NOT GOING TO GIVE 13 IF THAT MAKES SENSE.  I
24    JUST WANTED TO GIVE GUIDANCE TO THE GOVERNMENT.
25         AND THEN AS TO THE REMAINING INSTRUCTIONS WE WILL WAIT TO
```

```
 1
 2
 3                    CERTIFICATE OF REPORTER
 4
 5
 6
 7        I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED
 8   STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,
 9   280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY
10   CERTIFY:
11        THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS
12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE
13   ABOVE-ENTITLED MATTER.
14                         /s/ Irene Rodriguez
15                         _____
16                         IRENE RODRIGUEZ, CSR, RMR, CRR
                           CERTIFICATE NUMBER 8074
17
18
                           DATED:  FEBRUARY 12, 2016
19
20
21
22
23
24
25
```

```
                    UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
                           SAN JOSE DIVISION


   UNITED STATES OF AMERICA,

              PLAINTIFF,              CASE NO. CR-15-0226-EJD

       VS.                            SAN JOSE, CALIFORNIA

   DOUGLAS STROMS YORK,               AUGUST 28, 2015

              DEFENDANT.              VOLUME 4

                                      PAGES 241 - 398


                           TRANSCRIPT OF TRIAL
                BEFORE THE HONORABLE EDWARD J. DAVILA
                UNITED STATES DISTRICT JUDGE AND A JURY


                         A-P-P-E-A-R-A-N-C-E-S


   FOR THE PLAINTIFF:     OFFICE OF THE UNITED STATES ATTORNEY
                          BY:  BRIANNA PENNA
                               JEFFREY SCHENK
                          50 ALMADEN BOULEVARD, SUITE 900
                          SAN JOSE, CALIFORNIA 95113


   FOR THE DEFENDANT:     OFFICE OF THE FEDERAL PUBLIC DEFENDER
                          BY:  GRAHAM ARCHER
                          55 S. MARKET STREET, SUITE 820
                          SAN JOSE, CALIFORNIA 95113


   OFFICIAL COURT REPORTER:    IRENE L. RODRIGUEZ, CSR, RMR, CRR
                               CERTIFICATE NUMBER 8074


      PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
   TRANSCRIPT PRODUCED WITH COMPUTER.
```

```
1    NEVER CALLED HIM BACK, THE VICTIM COULD HAVE NEVER MADE A PHONE
2    CALL BACK IS IRRELEVANT.  THERE'S NO ELEMENT THAT REQUIRES THAT
3    MONEY COULD HAVE EXCHANGED HANDS, AND THE PHONE CALL WOULD HAVE
4    BEEN OR COULD HAVE BEEN RETURNED.  SO IT'S OF NO HARM TO THE
5    GOVERNMENT'S CASE EVEN IF THAT FACT IS TRUE AND THAT RULE 29
6    STANDARD IS TAKING ALL OF THE EVIDENCE THAT THE GOVERNMENT HAS
7    PRESENTED IN THE LIGHT MOST FAVORABLE TO THE GOVERNMENT AND
8    UNDER THAT STANDARD THERE CERTAINLY IS SUFFICIENT EVIDENCE FOR
9    THE JURY TO CONVICT.
10            THE COURT:  ANYTHING FURTHER?
11            MR. ARCHER:  NO, YOUR HONOR.
12            THE COURT:  THANK YOU.  AND, OF COURSE, THE COURT
13   HAS HEARD ALL OF THE EVIDENCE, THE EXTENSIVE EVIDENCE THAT HAS
14   BEEN PRESENTED IN THE CASE AND IN EVALUATING THAT EVIDENCE IN
15   THE LIGHT MOST FAVORABLE TO THE GOVERNMENT THE COURT FINDS THAT
16   THE JURY COULD, ALBEIT THE EVIDENCE MIGHT BE CIRCUMSTANTIAL, OR
17   EVIDENCE OF SOME THINGS, BUT THE COURT IS GOING TO RESPECTFULLY
18   DECLINE THE MOTION TO DISMISS THE COUNT.  THE EVIDENCE IS
19   SUFFICIENT TO MOVE FORWARD TO THE JURY FOR THEIR DELIBERATIONS.
20   SO THE MOTION IS DENIED.
21      LET ME ASK ABOUT THE INSTRUCTIONS, THOUGH, BECAUSE WE'LL
22   NEED TO DO SOME DELETIONS AS TO THE INSTRUCTIONS NOW.
23            INSTRUCTION NUMBER 13 WILL BE PULLED AND REMOVED AND WE
24   WILL HAVE TO GIVE INSTRUCTION 2.13, WHICH IS DISMISSAL OF SOME
25   CHARGES AGAINST THE DEFENDANT.  IT'S MODEL INSTRUCTION 2.13.  I
```

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

*Irene Rodriguez*
_____
IRENE RODRIGUEZ, CSR, RMR, CRR
CERTIFICATE NUMBER 8074

DATED: FEBRUARY 12, 2016