CA No. 16-10010

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CA. No. 16-10010 |
| Plaintiff-Appellee, | ) | |
| | ) | D.C. No. 15-00226 EJD |
| v. | ) | |
| | ) | |
| DOUGLAS STROMS YORK, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |
| _____ | ) | |

**APPELLANT'S UNOPPOSED MOTION TO TRANSMIT
PHYSICAL EXHIBIT
(NINTH CIRCUIT RULE 27-14)**

Defendant-Appellant Douglas Stroms York hereby moves this Court, pursuant to Circuit Rule 27-14, for leave to transmit a physical exhibit of a CD to the Court. The CD contains a recording of a voicemail message dated February 23, 2012.

This recording was played and admitted as a government exhibit at Mr.

York's trial. The instructions for playing the recording is included in the Excerpts of Record at ER 77.

Mr. York was convicted of falsely impersonating a federal employee, in violation of 18 U.S.C. § 912. He is currently in the custody of the Bureau of Prisons, serving a sentence of a year and a day.

This motion is unopposed.

Dated: May 9, 2016

Respectfully submitted,

STEVEN G. KALAR
Federal Public Defender

 s/ Graham Archer
GRAHAM ARCHER
Assistant Federal Public Defender
55 South Market St., Suite 820
San Jose, California 95113