No. 16-10010

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

 v.

DOUGLAS STROMS YORK,

    Defendant-Appellant.
_____

**UNITED STATES' UNOPPOSED MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE ITS ANSWERING BRIEF**

Plaintiff-Appellee United States of America hereby moves this Court for a 45-day extension of time in which to file its answering brief in the above appeal. The answering brief is currently due June 8, 2016. This motion would extend the time for filing the United States' brief until July 25, 2016.

This motion is made pursuant to Federal Rule of Appellate Procedure 27 and Ninth Circuit Rule 31-2.2(b), and is based on the accompanying declaration of Assistant United States Attorney Jonas Lerman in support of the United States' motion for an extension of time.

Appellant, through counsel Assistant Federal Public Defender Graham Archer, does not oppose this extension.

DATED: May 20, 2016           Respectfully submitted,

                                         BRIAN J. STRETCH
United States Attorney

BARBARA J. VALLIERE
Assistant United States Attorney
Chief, Appellate Division

           /s/ Jonas Lerman
JONAS LERMAN
Assistant United States Attorney

     450 Golden Gate Ave., 11th Floor
     San Francisco, CA 94102
     Phone: (415)436-7200

Attorneys for Plaintiff-Appellee
UNITED STATES OF AMERICA

No. 16-10010

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

v.

DOUGLAS STROMS YORK,

    Defendant-Appellant.

_____

**DECLARATION OF JONAS LERMAN IN SUPPORT OF THE UNITED STATES' UNOPPOSED MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE ITS ANSWERING BRIEF**

Pursuant to 28 U.S.C. § 1746, I, Jonas Lerman, hereby declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California. I am responsible for preparing the United States' answering brief. I did not serve as trial counsel in this case.

2. This case involves the defendant's appeal from his conviction under 18 U.S.C. § 912 for impersonating a federal employee. Mr. York was sentenced to one year and one day of imprisonment, to be followed by one year of supervised release.

3. I am currently responsible for drafting the United States' answering briefs in *United States v. Gudino*, CA No. 15-10556, due June 3, 2016; *United States v. Clark*, CA No. 16-10073, due June 20, 2016; and *United States v. McCoy*, CA No. 15-10443, due June 27, 2016. In addition, I am responsible for drafting the United States' sentencing memorandum and representing the United States at the June 10, 2016, sentencing hearing in *United States v. Cooper*, NDCA No. 15-CR-406 JST.

4. For the foregoing reasons, I cannot adequately research and prepare the United States' answering brief in *York* in compliance with the current schedule. This is the United States' first requested extension and is not undertaken for purposes of delay. The defendant received one extension of time of approximately one month (streamline request) to file his opening brief in this case.

5. On May 20, 2016, I received an email from Assistant Federal Public Defender Graham Archer, counsel for defendant-appellant Douglas Stroms York, stating that he did not oppose the United States' request.

6. To the best of my knowledge, the court reporter is not in default with regard to any designated transcripts.

7. The defendant is in the custody of the Federal Bureau of Prisons with an estimated release date of October 10, 2016 (https://www.bop.gov/inmateloc).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 20, 2016.

                                        /s/ Jonas Lerman
                                    JONAS LERMAN
                                    Assistant United States Attorney

| | |
|---|---|
| 9th Circuit Case Number(s) | 16-10010 |

**NOTE:** To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

*************************************************************************

### CERTIFICATE OF SERVICE
### When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) 5/20/2016.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format): /s/ Hui Chen, Paralegal

*************************************************************************

### CERTIFICATE OF SERVICE
### When Not All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) _____.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

[ ]

Signature (use "s/" format): _____