**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 23 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 16-10010 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 5:15-cr-00226-EJD-1 Northern District of California, San Jose |
| v. | |
| DOUGLAS STROMS YORK, | ORDER |
| Defendant - Appellant. | |

The appellee's unopposed motion for an extension of time in which to file the answering brief is granted. The answering brief is due July 25, 2016. The optional reply brief is due within 14 days after service of the answering brief.

                                        For the Court:
                                        MOLLY C. DWYER
                                        Clerk of the Court

                                        Terri Haugen, Deputy Clerk
                                        9th Circuit Rules 27-7, 27-10

Tah/5.16.16/Pro Mo