FILED

AUG 23 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 16-10010 |
|---|---|
| Plaintiff-Appellee, | D.C. No. 5:15-cr-00226-EJD-1 |
| v. | Northern District of California, San Jose |
| DOUGLAS STROMS YORK, | |
| Defendant-Appellant. | ORDER |

Appellant's unopposed motion (Docket Entry No. 6) pursuant to 9th Cir. R. 27-14 to transmit a physical exhibit – a CD containing a recording of a voicemail message dated February, 23, 2012, which was admitted as an exhibit and played at trial – is granted.

Appellant shall submit four copies of the exhibit within seven days of this order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Howard E. Goldberg
Deputy Clerk

HG/Inventory