# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## ACKNOWLEDGMENT OF HEARING NOTICE (SAN FRANCISCO)

**I acknowledge receipt of the notice of assignment showing my case:**

| | |
|---|---|
| Case Number | 16-10010 |
| Case Title | United States v. Douglas York |

**assigned for hearing:**

| | | | | | |
|---|---|---|---|---|---|
| Date | December 12, 2016 | Time | 9:30 a.m. | Courtroom | 4 |

Location | James R. Browning United States Courthouse, San Francisco, CA

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| | |
|---|---|
| Name | Graham E. Archer, Assistant Federal Public Defender |
| Phone | (408) 291-7753 | Email Address | graham_archer@fd.org |

Party/parties represented | Douglas York

Names of other appearing counsel on side and allocation of total time per side if more than one attorney to argue

Special needs you may require in the courtroom

☛ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using CM/ECF.**

**Admission status (to be completed by attorneys only):**

◉ I certify that I am admitted to practice before this Court.

○ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | s/ Graham E. Archer | Date | October 6, 2016 |

**Filing Instructions**

*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in CM/ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or, if exempt from electronic filing-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 193939, San Francisco CA 94119
*Overnight:* James R. Browning U.S. Courthouse, 95 Seventh Street, San Francisco CA 94103
Phone: 415-355-8190